# Court of Appeals
# of the State of Georgia

ATLANTA,  October 25, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0437. PINKSTON v. THE STATE.**

In 2011, Shun Pierre Pinkston was tried by a jury and found guilty of rape, child molestation, and pimping. On July 6, 2020, the trial court denied Pinkston's amended motion for new trial. No timely notice of appeal was filed, but on January 26, 2022, the trial court signed a consent order granting Pinkston's motion for out-of-time appeal.  In its order, the trial court noted that the failure to file a timely notice of appeal was attributable to counsel. Pinkston then filed a notice of appeal on February 17, 2022.

In *Cook v. State*, 313 Ga. 471 (870 SE2d 758) (2022), however, the Supreme Court of Georgia eliminated the judicially created out-of-time appeal procedure in trial courts and held that a trial court is "without jurisdiction to decide [a] motion for out-of-time appeal" on the merits because there is "no legal authority for motions for out-of-time appeal in trial courts." Id. at 506 (5). *Cook* also concluded that this holding is to be applied to "all cases that are currently on direct review or otherwise not yet final[,]" id., and directed that "pending and future motions for out-of-time appeals in trial courts should be dismissed, and trial court orders that have decided such motions on the merits . . . should be vacated if direct review of the case remains pending or if the case is otherwise not final." Id. at 505 (4).

Accordingly, the trial court's order granting Pinkston's motion for out-of-time appeal is vacated, and this case is remanded for the entry of an order dismissing Pinkston's motion. In addition, because Pinkston's motion for out-of-time appeal was granted in this case, the trial court is directed to vacate any subsequent rulings on

filings the trial court lacked jurisdiction to decide without the granted out-of-time appeal.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __10/25/2022__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*